UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNS HOPKINS UNIVERSITY**; <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY**; <br><br> **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**; <br><br> **CHAD WOLF**, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and <br><br> **MATTHEW ALBENCE**, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement; <br><br> Defendants. | Case No. 20-cv-1873 |

### DECLARATION OF DEREK L. SHAFFER

I, Derek L. Shaffer, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a partner of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Johns Hopkins University, and a member in good standing of the bar of this Court. I respectfully submit this declaration in support of Johns Hopkins' Motion for a Temporary Restraining Order and Preliminary Injunction.

2.  Johns Hopkins commenced this action on July 10, 2020. *See* Dkt. No. 1. Shortly after filing of the Complaint, I notified Daniel Riess, Trial Attorney in the Federal Programs Branch of the Department of Justice, at around 4:31 p.m. Eastern on July 10 that Johns Hopkins had commenced this action and provided him by email with a copy of the Complaint as filed, and

1

specifically directed his attention to the fact that, as set forth in the Complaint, we would be moving for a temporary restraining order and preliminary injunction as of this morning. I asked that he alert any appropriate colleagues and invited engagement, pledging to be available any time over the weekend.

3. I then also notified Rayford Farquhar, Assistant United States Attorney for the District of Massachusetts, and similarly provided him with a copy of the Complaint by email, flagging that we would be moving for a temporary restraining order and preliminary injunction this morning. Mr. Farquhar represents the government in a parallel suit brought by the President and Fellows of Harvard College and Massachusetts Institute of Technology in the District of Massachusetts to enjoin the same agency conduct at issue in this case. As I had with Mr. Riess, I invited engagement and dialogue with any and all appropriate colleagues of Mr. Farquhar. Mr. Farquhar responded to my email approximately one and half hours later and informed me that it was his "understanding that the powers that be are aware of [Johns Hopkins'] complaint." Mr. Riess was copied on Mr. Farquhar's response.

4. Following my exchange with Mr. Farquhar and his confirmation Friday evening that the powers that be are aware of our case, I heard nothing further from any attorney for the United States over the ensuing two weekend days.

5. Last night, Sunday, July 12, 2020, at 8:44 p.m., more than 52 hours after I emailed him, Mr. Riess responded to my email, stated that he is "not involved" with Johns Hopkins' suit, and suggested that I contact "the appropriate U.S. Attorney's Office in the district where the complaint is being filed." I immediately reminded him of Mr. Farquhar's statement that the "powers that be are aware" of Johns Hopkins' suit (as already filed with this Court and attached to the emails I sent to both Mr. Riess and Mr. Farquhar).

6. Contemporaneously with the filing of Johns Hopkins' Motion for a Temporary Restraining Order and Preliminary Injunction, I will email the Motion and all supporting papers to Mr. Riess and Mr. Farquhar. Because Mr. Riess suggested that I contact "the appropriate U.S. Attorney's Office in the district where the complaint is being filed," I will also email all pleadings and papers that have been filed in this suit to Daniel Van Horn, Chief of the Civil Division for the United States Attorney's Office for the District of Columbia and to all of Mr. Van Horn's colleagues listed as contacts for Mr. Horn's Civil Division. Finally, on July 13, 2020, I will serve all Defendants via registered or certified mail, at the addresses indicated in the Certificate of Service attached to Johns Hopkins' Motion, with copies of all pleadings and papers that have been filed in this suit.

7. Attached to this declaration as Exhibit 1. is Broadcast Message 2007-01, entitled "COVID-19 and Fall 2020," dated July 6, 2020, and available at https://www.ice.gov/doclib/sevis/pdf/bcm2007-01.pdf.

8. Attached to this declaration as Exhibit 2. is "COVID-19 Guidance for SEVP Stakeholders," dated March 13, 2020, and available at https://www.ice.gov/sites/default/files/documents/Document/2020/Coronavirus%20Guidance_3.13.20.pdf.

9. Attached to this declaration as Exhibit 3. is Community Interventions and Critical Populations Task Force, CDC COVID-19 Emergency Response, *CRAFT Schools Briefing Packet* (July 8, 2019).

10. Attached to this declaration as Exhibit 4. is a transcript of July 10, 2020 hearing in *President and Fellows of Harvard College v. U.S. Department of Homeland Security*, No. 20-cv-11283-ADB (D. Mass.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Washington, D.C.  
July 13, 2020

_/s/ Derek L. Shaffer_  
Derek L. Shaffer