UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNS HOPKINS UNIVERSITY**; <br><br>Plaintiff, <br><br>v. <br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**; <br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**; <br><br>**CHAD WOLF**, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and <br><br>**MATTHEW ALBENCE**, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement; <br><br>Defendants | Case No. 20-cv-1873 |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of the Motion for Temporary Restraining Order, the documents in support thereof, the opposition to the motion for temporary restraining order, and the arguments of counsel, it is hereby

ORDERED that Defendants must completely refrain from enforcing Broadcast Message 2007-01, entitled "COVID-19 and Fall 2020," issued on July 6, 2020, and available at https://www.ice.gov/doclib/sevis/pdf/bcm2007-01.pdf, and it is further hereby

ORDERED that Defendants must continue to treat as fully operative "COVID-19: Guidance for SEVP Stakeholders," issued March 13, 2010, and available at https://www.ice.gov/sites/default/files/documents/Document/2020/Coronavirus%20Guidance_3.13.20.pdf.

**SO ORDERED**.

Dated: _____, 2020      _____
United States District Judge

Pursuant to Local Civil Rule 7(k), the following parties are entitled to be notified of this [proposed] order's entry:

U.S. Department of Homeland Security
c/o Office of the General Counsel
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485

U.S. Immigration and Customs Enforcement
c/o Office of the Principal Legal Advisor
500 12th St. SW, Mail Stop 5900
Washington, DC 20536–5900

Chad Wolf
Acting Secretary of the U.S. Department of Homeland Security
c/o Office of the General Counsel
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485

Matthew Albence
Acting Director of the U.S. Immigration and Customs Enforcement
c/o Office of the Principal Legal Advisor
500 12th St. SW, Mail Stop 5900
Washington, DC 20536–5900

William P. Barr
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Michael R. Sherwin
Acting United States Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
555 4th Street NW
Washington, DC 20530