# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHNS HOPKINS UNIVERSITY**; <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY**; <br><br> **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**; <br><br> **CHAD WOLF**, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and <br><br> **MATTHEW ALBENCE**, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement; <br><br> Defendants. | Case No. 20-cv-1873 |

**DECLARATION OF STUDENT B**

I, Student B, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a Master of Science degree candidate at the Johns Hopkins Bloomberg School of Public Health (the "Bloomberg School" or our "School").

2.      I am a citizen of the Republic of India, and the holder of a F-1 visa which has allowed me to live, study, and pursue my research in the United States.  My family resides in India, and I am the first person in my immediate family to pursue an education in the United States.  My family and I were proud and thrilled when I was admitted to the Bloomberg School at Johns Hopkins.  Obtaining my Master of Sciences degree here, and pursuing an academic

career in the United States, has long been my dream, and I hope to make a positive impact in advancing important public health goals both in the United States and globally.

3.      While at Johns Hopkins, I have been a student leader, which has permitted me to make a positive difference on campus.

Master of Science Program at the Bloomberg School

4.      The typical structure of the two-year Master of Science program at the Bloomberg School contemplates students mostly taking coursework during their first year (usually about 16-17 credits of coursework with the remainder of the total 22 credits (required by my Department) being taken as a laboratory component), and a substantial amount of laboratory work in their second year.  The requirements are a bit different from Ph.D. candidates within the Bloomberg School, but I understand that they likewise take intensive coursework for the first two years, and primarily spend their time on laboratory work in the following years of their program.   In summary, both programs contemplate a substantial amount of laboratory research, separate and apart from coursework requirements.

5.      My own curriculum for the coming fall 2020 term follows this pattern: I have signed up for research credits as part of my enrollment, which I anticipate will take place in person—unless a resurgence of the COVID-19 virus again forces shutdowns of the laboratory facilities at Johns Hopkins.

6.      My ultimate goal is to obtain a PhD in the United States and join academia.  As a professor, I hope to continue to conduct meaningful research and to mentor students in the hopes of inspiring them, too, to become scientists.

F-1 Status and the COVID-19 Shutdowns

7.      It is my understanding that to maintain F-1 status, students have typically needed 12 credits of in-person instruction, and have been permitted one online class per term.  The F-1 visa has also permitted us to work for up to 20 hours per week.

8.      During the fourth (spring) 2020 term,  my courses were originally meant to involve immersive laboratory classes, and I had planned to spend most of my time on research in the laboratory through the end of 2020 and July 1, 2021.

9.      In March, as part of the COVID-19 shutdowns, the laboratory facilities where I conduct my research at Johns Hopkins were closed.  My courses all transitioned online. I contacted the Office of International Services, and was told that, pursuant to March 13 guidance from U.S. Immigration and Customs Enforcement ("ICE"), such remote learning would continue to satisfy my visa requirements.

10.      My expectation after the COVID-19 shutdown of my laboratory, and in light of this March guidance, was that the credits for the courses I was then taking would not violate my F-1 requirements. Although this guidance meant that I could travel and live anywhere, including returning to India, I decided to remain in the United States in light of my close ties to the community here and to avoid any risk of not being able to reenter the country and resume my academic pursuits.

The July 6 Directive

11.      I understand that on July 6, 2020, ICE issued a new Directive, mandating that F-1 students without in-person coursework must leave the country.

12.      When I first heard about the July 6 Directive, I was astounded and upset.  The new guidance is very ambiguous, and I am not sure what requirements I must fulfill to be

permitted to remain in the United States.  Although I have signed up for immersive, in-person laboratory work for the coming term, I do not know whether laboratory research on its own will fulfill the requirements under this new guidance.  I am also very concerned that, should Johns Hopkins again be forced to shut down its laboratory facilities as a result of a COVID-19 resurgence, I may fall out of compliance with the F-1 requirements that I have always worked hard to meet.

Personal Harm I and Others Would Suffer If Forced to Leave the Country

13.     Should my F-1 status be compromised, I would personally suffer a long list of harms if I were forced to return to India:

a.   I would be placing my family at risk of infection, having had to travel from the United States to India, which may involve several flights due to limitations on international travel at this time.  My household includes my mother (who would be at high risk if exposed to COVID-19 due to her high blood pressure), my father (who suffers from hypothyroidism), and my elderly grandmother (who, due to her advanced age, is likewise part of a population at high risk if exposed to the virus).

b.   I would lose approximately $14,000 by having to break the lease on my apartment in the United States.

c.   I would possibly lose my scholarship (which covers a substantial portion of my tuition), as I would no longer be in compliance with F-1 visa requirements. If I lose my scholarship this will likely put my family under financial duress.

d.   I would lose the entire plan for my career, including my plans to apply for a doctoral program soon. In fact, because Indian universities very likely do not accept transfer credits from my program, if I were forced to abandon my

4

laboratory-based physical research in the United States, I would ultimately have to the start my Master's degree studies from scratch in India—including studying for exams, passing those entrance exams, undergoing interviews and undertaking an entire course of Master's studies.

e.  I would risk losing my OPT (Optional Practical Training), which would otherwise have permitted me to work in the United States for an additional one to three years and obtain income to help defray the costs of my education.

f.   If deported for violation of American visa requirements, that violation would remain on my record and would adversely affect me in my career for many years to come.   I also would be barred from reentering the United States for a substantial period of time.

14.     Other F-1 students at the Bloomberg School have shared with me their frustrations, disappointments, and fears over the harms that they would experience if forced to return abroad:

a.  Students forced to abandon their physical research would lose all of their scientific work to date.

b.  Students forced to leave the country would lose their stipends, and their OPT status, which is often a crucial bridge between one's studies and further employment in the United States.   Such students would have to start the F-1 process over entirely in order to quality for OPT.

c.  F-1 students who have taken out substantial student loans to finance their education would now be forced to repay those loans without the benefit of the earning potential that their degrees were intended to secure.

d.  Time zones are a major problem.  If forced to take classes from abroad, students in India, China, and many other countries would have to grapple with a very large time zone difference.  It would be  difficult to take classes or exams at even 11:00 pm in India, let alone 4:00 in the morning, and students' grades may suffer as a result.

e.  I have also heard from fellow F-1 students who, for various reasons, may be forced to return to countries where their families no longer reside (in some cases because their families actually reside in the United States under other visas).  They would be placed at risk by having to travel internationally during a pandemic—some to high-risk countries—away from their support networks, their research, and their studies in United States programs for which  they have worked so hard to qualify.

15.  I worry for myself and for my many international peers. Many of us are struggling with the psychological burden of the uncertainty of the situation created by the July 6 Directive—on top of the problems already posed by the ongoing pandemic.  I pay attention closely to the COVID-19 developments in my community, and in the last few days, the Johns Hopkins coronavirus tracker map has shown that the numbers are rising in Maryland.  It is difficult to think about anything else, or to sleep at night given the risks the situation now poses to us and our families.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Baltimore, Maryland
        July 13, 2020

_Student B_ _____
Student **B**