# EXHIBIT C

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOHNS HOPKINS UNIVERSITY**;

Plaintiff,

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY**;

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**;

**CHAD WOLF**, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and

**MATTHEW ALBENCE**, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement;

Defendants.

Case No. 20-cv-1873

## DECLARATION OF STUDENT C

I, Student C, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an undergraduate student at Johns Hopkins University.

2.      I am a citizen of a country in South America, and the holder of a F-1 visa. Although I arrived in the United States from South America, my family has since relocated to Europe.  My parents are physicians, one of whom treats COVID-19 patients.  I obtained my F-1 visa in order to pursue my undergraduate degree at Johns Hopkins, to remain in the United States, to pursue a career in medicine and public health, and to continue my research in the hopes of furthering public health goals both in the United States and globally.

1

<u>My Studies and Plans for the Future</u>

3.      I came to Johns Hopkins with the aim of completing my undergraduate degree, and then obtaining OPT (Optional Practical Training), using that OPT to conduct one year of research, and then applying to medical school and eventually residency and a fellowship in the United States.

4.      I am passionate about medicine and public health, and dream of becoming a physician working in the United States.

<u>The July 6 Directive</u>

5.      I understand that on July 6, 2020, ICE issued a new Directive, mandating that F-1 students without in-person coursework must leave the country.

6.      Ever since I heard about the July 6 Directive, I have been shocked and frightened. I am very concerned that, if in-person classes are unavailable after Thanksgiving at Johns Hopkins as a result of a COVID-19 resurgence, I may fall out of compliance with the F-1 requirements that I have worked so hard to maintain.

<u>Personal Harm I and Others Would Suffer If Forced to Leave the Country</u>

7.      Should my F-1 status be compromised, I would personally suffer a long list of harms if I were forced to leave the United States:

    a.  I would be forced to "return" to the country where my family has relocated and where I have never lived, or to my home country in South America, where I have no immediate family.  In South America, my remaining connections would be persons who are in high risk demographics for COVID-19 because of age or disease.

2

b.  I would be forced to travel during a time when travel is especially dangerous, in light of the pandemic.

c.  Even if I were eventually able to travel to the country where my family now lives, I would be exposing my family to additional risk of infection due to having had exposure to the risks endemic in international air travel in the current environment.

d.  As I would be unable to return to the United States, I would lose my ability to continue my degree and research at Johns Hopkins—where I had been so thrilled and proud to have been accepted.

e.  I would lose the entire plan for my career. Without the ability to reenter the United States and pursue my research at Johns Hopkins, I would likely have to restart my undergraduate degree studies in South America, or even in Europe— including studying for entrance exams, passing those entrance exams, a new and different application and acceptance process, and then undertaking an entire course of undergraduate studies, since medical school is an undergraduate degree in the respective countries to which I may be forced to "return."

f.   If deported for violation of U.S. visa requirements, that violation would remain on my record and would adversely affect me in my career for many years to come.

g.  I would be separated from my long-term partner, who is an American citizen and resides in the United States, with no realistic prospect of when we may again be able to be together again.

8.     I worry for myself and for my many international peers.   Many of us are struggling with the psychological burden of the uncertainty of the situation created by the July 6 Directive—on top of the problems already posed by the ongoing pandemic.  I am frightened that, in light of the Directive, due to factors entirely beyond my control—such as an anticipated resurgence of COVID-19 in the autumn, I may be forced abandon my years of work towards my academic degree, and to "return" to either a country where I have never lived or to South America, where I would be without my family.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: Baltimore, Maryland
         July 13, 2020

_Student C_____
Student C