## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2020, I caused true and correct copies of Johns Hopkins' Motion to Permit Three Declarants to Proceed by Pseudonym and all supporting papers to be sent by registered or certified mail to the Defendants in the above-captioned action, and to the United States Attorney General and the United States Attorney for the District of Columbia, at the following addresses:

| | |
|---|---|
| U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, DC 20528–0485 | U.S. Immigration and Customs Enforcement<br>c/o Office of the Principal Legal Advisor<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536–5900 |
| Chad Wolf<br>Acting Secretary of the U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, DC 20528–0485 | Matthew Albence<br>Acting Director of the U.S. Immigration and Customs Enforcement<br>c/o Office of the Principal Legal Advisor<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536–5900 |
| William P. Barr<br>United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | Michael R. Sherwin<br>Acting United States Attorney for the District of Columbia<br>c/o Civil Process Clerk<br>United States Attorney's Office<br>555 4th St. NW<br>Washington, DC 20530 |

        */s/ Derek L. Shaffer*
        Derek L. Shaffer