UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JOHNS HOPKINS UNIVERSITY,   )
   )
   )
        **Plaintiff,**   )
     v.   )
   )  **Case No. 20-1873 (DLF)**
U.S. DEPARTMENT OF HOMELAND   )
  SECURITY, et al.   )
   )
        **Defendants.**   )
_____)

### NOTICE OF APPEARANCE

Please take notice of the appearance of Assistant United States Attorney Jeremy S. Simon as counsel for Defendants in this matter.

Respectfully submitted,

_____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendants