# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHNS HOPKINS UNIVERSITY,  )<br>  ) <br>Plaintiff,  ) <br>  ) <br>v.  ) <br>  ) <br>U.S. DEPARTMENT OF HOMELAND  ) <br>SECURITY; U.S. IMMIGRATION AND  ) <br>CUSTOMS ENFORCEMENT; CHAD F. WOLF,  ) <br>in his official capacity as Acting Secretary of the  ) <br>United States Department of Homeland  ) <br>Security; and MATTHEW ALBENCE, in his  ) <br>official capacity as Acting Director of U.S.  ) <br>Immigration and Customs Enforcement,  ) <br>  ) <br>Defendants.  ) <br>  ) | Civil Action No. 1:20-cv-1873-DLF |

### MOTION OF 60 INSTITUTIONS OF HIGHER EDUCATION
### FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF

Pursuant to Rule 7(o) of the Local Civil Rules of the United States District Court for the District of Columbia, Sixty Institutions of Higher Education (listed below), through undersigned counsel, respectfully move the Court for leave to file a brief as *amici curiae* in support of Plaintiff. In support of this motion, they state as follows:

1.   *Amici curiae* are 60 diverse public and private colleges and universities from 23 states and the District of Columbia.  *Amici* include large public institutions, private research universities, liberal arts colleges, and more.  *Amici* are located in urban centers and rural areas, and throughout states that span the political spectrum.  Collectively, *amici* represent a considerable portion of the U.S. academic community and enroll more than 212,000 international students every year through the international student visa program:

| | |
|---:|---:|
| American University | Northwestern University |
| Amherst College | Pennsylvania State University |
| Arizona State University | Princeton University |
| Barnard College | Purdue University |
| Boston University | Rice University |
| Bowdoin College | Rutgers, The State University of New Jersey |
| Brandeis University | Smith College |
| Brown University | Stanford University |
| Bucknell University | Suffolk University |
| California Institute of Technology | Swarthmore College |
| Carnegie Mellon University | Syracuse University |
| Case Western Reserve University | Trinity College |
| Colby College | Tufts University |
| Columbia University | Tulane University |
| Cornell University | Union College |
| Dartmouth College | University of Chicago |
| DePaul University | University of Delaware |
| Duke University | University of Illinois |
| Emory University | University of Michigan |
| Franklin & Marshall College | University of Nebraska |
| George Washington University | University of Notre Dame |
| Georgetown University | University of Pennsylvania |
| Harvard University | University of Southern California |
| Hobart and William Smith Colleges | Vanderbilt University |
| Indiana University | Washington University |
| Massachusetts Institute of Technology | Wellesley College |
| Michigan State University | Wesleyan University |
| Middlebury College | Williams College |
| Muhlenberg College | Worcester Polytechnic Institute |
| Northeastern University | Yale University |

2. International students enrolled through the student visa program are core members of *amici*'s institutions. They make valuable contributions to *amici*'s classrooms, campuses, and communities—contributions that have helped make American higher education the envy of the world.

3. Since the onset of the global COVID-19 pandemic, *amici* have spent countless hours and resources preparing for the fall term, which begins imminently.  In making these plans, *amici* relied on federal guidance allowing international students to attend all-online courses during the pandemic, guidance which was to remain "in effect for the duration of the emergency." March 13, 2020 COVID-19: Guidance for SEVP Stakeholders, https://www.ice.gov/sites/default/files/documents/Document/2020/Coronavirus%20Guidance_3.13.20.pdf ("March 13 Guidance").  The emergency persists, yet the government's policy has suddenly and drastically changed, throwing *amici*'s preparations into disarray and causing significant harm and turmoil.  *See* July 6, 2020 Broadcast Message: COVID-19 and Fall 2020, https://www.ice.gov/doclib/sevis/pdf/bcm2007-01.pdf ("July 6 Directive").

4. As a result, *amici* have a significant interest in Plaintiff's challenge to the July 6 Directive and Plaintiff's motion for a temporary restraining order and/or for preliminary injunctive relief.

5. *Amici*'s proposed brief, attached to this motion as **Exhibit A**, presents important perspectives that underscore the government's failure to comply with one of the most fundamental principles of administrative law: that the government must provide a reasoned explanation for its actions and consider all important aspects of a problem before imposing burdens on regulated parties.  *Amici*'s perspectives—and those of *amici*'s students—vividly illustrate how the July 6 Directive: (1) entirely fails to address the reliance that schools and students across the nation placed on the government's March 13 Guidance, which afforded schools broad flexibility to navigate the current public health crisis; (2) entirely fails to consider the dilemmas schools and students will face in conforming to the new policy, and does not explain why those dilemmas are justified;

(3) does not consider in any way the substantial compliance burden it imposes on schools; and (4) includes no reasoned explanation in support of the new policy.

6. *Amici*'s proposed brief also demonstrates why nationwide relief is needed now to enjoin this arbitrary and capricious government action and prevent the immeasurable harm it is already causing to *amici*, their students, and their communities.

7. This Court has "broad discretion to permit . . . participation in this suit as an *amicus curiae*." *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). This Court permits *amicus* briefs where the brief provides "timely and useful" information for the Court. *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (internal quotation marks omitted).

8. This brief is being filed prior to the scheduled hearing on Plaintiff's motion and therefore "does not unduly delay the Court's ability to rule on any pending matter." Local Civ. R. 7(o)(2). This brief aids the Court by presenting the perspective of American colleges and universities, who are important stakeholders in the government student visa program.

9. *Amici*'s counsel have consulted with counsel for the parties regarding the filing of this brief. Counsel for Plaintiff consented to the filing of this brief, and counsel for Defendants had not responded at the time of filing. Furthermore, no party or counsel for a party authored the brief in whole or in part, and no party, counsel for a party, or person other than *amici curiae*, their members, or their counsel made any monetary contribution intended to fund the preparation or submission of this brief. *Amici* have submitted a substantially similar version of this brief on behalf of a similar set of *amici* in another case; Johns Hopkins was a signatory to that prior brief filed in a different court but contributed no money intended to prepare or submit the brief in this Court.

WHEREFORE, leave to file the attached *amici curiae* brief should be granted.

                                            Respectfully submitted,

Dated: July 13, 2020                /s/ Lindsay C. Harrison
                                            Lindsay C. Harrison (No. 977407)
                                            Ishan K. Bhabha (No. 1015673)
                                            Matthew E. Price (No. 1015673)
                                            Lauren J. Hartz (No. 1029864)
                                            Jenner & Block LLP
                                            1099 New York Avenue NW, Suite 900
                                            Washington, DC 20001
                                            (202) 639-6865
                                            lharrison@jenner.com
                                            ibhabha@jenner.com
                                            mprice@jenner.com
                                            lhartz@jenner.com

                                            *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

/s/ Lindsay C. Harrison
Lindsay C. Harrison