UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNS HOPKINS UNIVERSITY**;<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**;<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**;<br><br>**CHAD WOLF**, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and<br><br>**MATTHEW ALBENCE**, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 20-cv-1873 |

**JOINT NOTICE**

Plaintiff Johns Hopkins University and Defendants U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Chad Wolf, in his official capacity, and Matthew Albence, in his official capacity, respectfully submit this joint notice to alert the Court that, as reflected on the docket in *President and Fellows of Harvard College, et al. v. United States Department of Homeland Security, et al.*, 20-cv-11283 (D. Mass.) (ECF No. 119), the Government "has agreed to rescind the July 6, 2020 Policy Directive and the July 7, 2020 FAQ, and has also agreed to rescind their implementation [and] will return to the March 9, 2020 and March 13, 2020 policy. This . . . will preclude enforcement of the July 6, 2020 policy directive and July 7, 2020 FAQ, which are being rescinded on nationwide basis."

As this development moots Johns Hopkins' Motion for a Temporary Restraining Order and Preliminary Injunction, the parties agree that the hearing scheduled for tomorrow, July 15, 2020, at 11:30 a.m. no longer is necessary.

DATED:   July 14, 2020                                              Respectfully submitted,

| | |
|---|---|
| MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN<br>Civil Chief<br><br><br>  /s/ Jeremy S. Simon<br>Jeremy S. Simon, D.C. Bar #447956<br>Assistant United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C 20530<br>(202) 252-2528<br>jeremy.simon@usdoj.gov<br><br>*Attorneys for Defendant* | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br><br>  */s/ William A. Burck*<br>William A. Burck (D.C. Bar No. 979677)<br>Derek L. Shaffer (D.C. Bar No. 478775)<br>1300 I Street NW, 9th Floor<br>Washington, DC 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br><br>Kathleen M. Sullivan (*pro hac vice*)<br>Crystal Nix-Hines (*pro hac vice*)<br>Shon Morgan (*pro hac vice*)<br>Marina Lev (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>kathleensullivan@quinnemanuel.com<br>shonmorgan@quinnemanuel.com<br>crystalnixhines@quinnemanuel.com<br>marinalev@quinnemanuel.com<br><br>*Attorneys for Plaintiff*<br>*Johns Hopkins University* |